**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN JAMES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J.L. NORWOOD, Warden,<br><br>　　　　　Respondent. | NO. EDCV 08-01495 VBF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice to refiling as a civil rights action.

DATED: February 3, 2009

*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　
　　　　　　VALERIE BAKER FAIRBANK
　　　　　　UNITED STATES DISTRICT JUDGE